UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTINA BAILEY, KYLE GULLO,
MICHAEL DELNEGRO, ANDREW
JOHNSON, ROBERT FOX, STEPHEN
BREWER, CIARA-PAGE BROWN, and
DEBBIE SVENNINGSON,

               Plaintiffs,

-vs-                                    Case No. 6:07-cv-1205-Orl-28DAB

PRISON HEALTH SERVICES, INC.,

               Defendant.

## ORDER

This case is before the Court on Defendant's Motion to Sever the Claims of Eight Individual Plaintiffs (Doc. No. 13) filed September 19, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 1, 2007 (Doc. No. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Defendant's Motion to Sever the Claims of the Eight Individual Plaintiffs is **GRANTED**. The Clerk is directed to open new separate files for each named Plaintiff using the same judge assignments for all of the newly opened cases. This case will be maintained

as that of Plaintiff Christina Bailey and the filing fee already paid in this case will apply to Ms. Bailey's case. The Defendant is required to pay the separate filing fee for each of the other named Plaintiffs within fifteen (15) days of the date of this Order.

3. No later than eleven (11) days after each new file is opened, the parties in each case shall resubmit the Case Management Report in compliance with each case being designated as a Track Two Case under Local Rule 3.05. The parties are reminded that failure to identify an agreed upon mediator, will result in the Court appointing the mediator. The parties do not need to re-file their Certificate of Interested Persons unless there has been a change in the information previously provided. Further, because a Case Management Report has been filed in this case, discovery may continue in each case.

4. The motion to dismiss filed in this case, is to be docketed in each new case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 24 day of October, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party